Rec'd 1/11/12

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2012

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

| | |
|---|---|
| In re: | Case No. 10-PO-00152-DLW |
| United States of America | |
| Plaintiff, | NOTICE OF APPEAL |
| and | |
| Douglas Tooley | |
| Defendant. | |

Notice is hereby given that Douglas Tooley, defendant in the above named case, hereby appeals to the United States District Court (10th) from the Order on this action on the 28th day of December, 2011.

DATED this 4th day of January, 2012.

Douglas L. Tooley
In Propria Persona
P.O. Box 3135
Durango, CO 81302
doug@motleytools.com
(ADA accommodating 2nd Contact)